JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **DENARD DARNELL NEAL.** ) | **NO. 5:17-cv-01475-R-KS** |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **JUDGMENT** |
| ) | |
| **MS. ENTZEL, WARDEN, et al.,** ) | |
| ) | |
| **Respondents.** ) | |
| _____ ) | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: August 3, 2017

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE